# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

FRANK P. BARRASSO,

        Plaintiff,

vs.

MITKA KALINSKI, et al.

        Defendants.

3:12-CV-0471-RCJ (VPC)

**ORDER**

October 22, 2012

Before the court is plaintiff's application to proceed *in forma pauperis* (#1) and motion for appointment of counsel (#3), and a proposed civil rights complaint (#1-1).

## I. MOTION FOR *IN FORMA PAUPERIS* STATUS

In his application for *in forma pauperis* status, plaintiff states that he is receiving disability payments in the amount of $950.00 a month (#1). The only other income he has received in the past twelve months is $1,200.00 from his parents. *Id.* He currently only has $65.00 in cash, and a 1999 automobile is his only asset. *Id.* Therefore, plaintiff's request to proceed *in forma pauperis* (#1) is **GRANTED**. The Clerk of the Court shall **FILE** the complaint. The movant herein is permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

## II. MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff has filed a document entitled, "Substitution of Attorney" wherein he requests that the court appoint the Federal Public Defender to represent him in this civil action (#3). In order to determine

-1-

1 whether appointment of counsel is appropriate the court must assess three factors: (1) the plaintiff's
2 financial resources, (2) the efforts made by the plaintiff to secure counsel, and (3) whether the plaintiff's
3 claim has merit. *Bradshaw v. Zoological Society of San Diego*, 662 F.2d 1301, 1318 (9th Cir. 1981). By
4 granting plaintiff's motion to proceed *in forma pauperis* (#4) the first factor is resolved in plaintiff's
5 favor.

6 It appears from plaintiff's request that he has not contacted any local attorneys. Although he need
7 not contact every lawyer in the greater Reno area, more of an attempt should be made at securing a lawyer
8 than he has made thus far. The yellow pages are a good place to start.

9 Because the plaintiff has failed to meet the second requirement, plaintiff has failed to make the
10 showing necessary for appointment of counsel. Therefore, plaintiff's request for appointment of counsel
11 (#3) is **DENIED**.

## III. COMPLAINT

13 Plaintiff is advised that under Federal Rule of Civil Procedure 12(b)(6), a complaint may be
14 dismissed for failure to state a claim upon which relief can be granted. Fed.R.Civ.P. 12(b)(6). The court
15 may *sua sponte* dismiss a pleading for failure to state a claim upon which relief can be granted. *See Lee
16 v. City of Los Angeles*, 250 F.3d 668 (9th Cir. 2001); *Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th
17 Cir.1987).

18 Plaintiff's complaint does not state the nature of the case and does not include any claims for relief
19 whatsoever (#1-1). Plaintiff merely attaches a statement to his complaint which indicates that he would
20 like to file a criminal complaint against the defendants because they tried to "entrap [him] in some type
21 of HOLOCAUST SCAM TO RECEIVE BENEFITS." *Id.* Plaintiff attaches various other documents
22 including receipts, copies of business cards, a traffic ticket, and another narrative statement about the
23 Holocaust. *Id.*

24 As the complaint is currently pled, it does not appear to state a claim upon which relief may be
25 granted. Plaintiff may wish to seek the advice of counsel of his own choosing or he may wish to contact
26 one of the following agencies to seek assistance before proceeding in this case:

27 Washoe Legal Services ................................................................. 329-2727
28 Nevada Legal Services ................................................................. 883-0404

| | |
|---|---|
| 1 | Nevada Disability Advocacy and Law Center ............................................... 333-7878 |
| 2 | Senior Law Project .......................................................................................... 328-2592 |
| 3 | Volunteer Attorneys for Rural Nevadans ....................................................... 883-0404 |
| 4 | State Bar of Nevada Lawyer Referral and Information Service ................... 800-789-5747 |

### IV. CONCLUSION

Based on the foregoing and with good cause appearing, **IT IS ORDERED** as follows:

1. Plaintiff's application to proceed *in forma pauperis* (#1) is **GRANTED**;
2. The Clerk shall **FILE** the complaint (#1-1);
3. Plaintiff's complaint is **DISMISSED with leave to amend**; and
4. The Clerk shall **SEND** to plaintiff another form for filing a complaint. Plaintiff shall lodge a proposed complaint which states a claim upon which relief may be granted with the court within twenty (20) days of the date of this order. If plaintiff fails to do so, this court will issue a report and recommendation to the District Court to dismiss this case.

Dated: October 22, 2012.

*/s/ Valerie P. Cooke*
UNITED STATES MAGISTRATE JUDGE